# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MILTON L. HINES, III**                                    **PLAINTIFF**

v.                   No. 4:14-cv-594-DPM-BD

**SOCIAL SECURITY ADMINISTRATION,**
Commissioner                                                  **DEFENDANT**

## ORDER

Unopposed recommendation, № 12, adopted. FED. R. CIV. P. 72(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2015