IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MILTON L. HINES, III                                                                PLAINTIFF

v.                                      No. 4:14-cv-594-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                                        DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 August 2015